CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

December 11, 2025

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **RONNY L. JERNIGAN,**<br>    Petitioner, | Civil Action No. 7:25-cv-00785 |
| v. | **OPINION** |
| **KEVIN MCCOY,**<br>    Respondent(s). | By:  James P. Jones<br>Senior United States District Judge |

      Petitioner, proceeding pro se, filed a civil rights complaint, pursuant to 28 U.S.C. § 1361 . Petitioner did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from petitioner's trust account. By order entered October 31, 2025 , the court directed petitioner to submit within 30 days from the date of the order a statement of assets and a prisoner trust account report (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  The prisoner trust account report must be filled out, signed, and dated by the appropriate prison official of each prison at which petitioner is or was confined in order for the court to continue this action without payment of the filing fee.  Petitioner was advised that a failure to comply would result in dismissal of this action without prejudice.

      More than 30 days have elapsed, and petitioner has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b).  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Petitioner may refile the claims in a separate action once petitioner is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to petitioner.

ENTERED: December 11, 2025.

s/James P. Jones
Senior United States District Judge